| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON | |
| CLAY VINSON HAYNES,<br><br>      Plaintiff,<br><br> v.<br><br>JOSIE DELVIN, ANITA ISABELLE PETRA, MIKE WILSON, CAMERON MITCHELL, BRUCE SPANNER, BENTTON COUNTY PROSECUTOR'S OFFICE, BENTON COUNTY SHERIFF'S OFFICE, BENTON COUNTY OFFICE OF PUBLICE DEFENSE and STATE OF WASHINGTON,<br><br>      Defendant. | NO: 4:19-CV-5160-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

  BEFORE THE COURT is Plaintiff Clay Vinson Haynes' Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 25. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (ECF No. 25) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

  Plaintiff also requests that collection of the remaining balance of the filing fee be waived. For good cause shown, **IT IS ORDERED** that Plaintiff's Motion to

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

Waive Collection of the Filing Fee, ECF No. 26, is **GRANTED** and the institution having custody of Mr. Haynes shall cease collection of the filing fee in this action, cause number 4:19-CV-5160-TOR.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff and **close** the file. The Clerk of Court is further directed to send a copy of this Order to the **Benton County Jail, Attn: Jail Records Sergeant, 7122 Okanogan Bldg B, Kennewick, WA 99336.** The Clerk of Court also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** October 17, 2019.



THOMAS O. RICE
Chief United States District Judge